IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | **CR. NO. 04-00153-CG** |
| ) | |
| **TREVOR YOUNGBLOOD,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter came on for a bond revocation hearing on May 10, 2005, at which the defendant advised that he did not contest revocation as recommended in the petition dated April 28, 2005 filed by U.S. Pretrial Services (Doc. 170), and thereby waived the hearing. Therefore, the defendant's conditions of release entered on August 18, 2004, (Doc. 43) hereby are **REVOKED**, and the defendant is **REMANDED** to the custody of the U.S. Marshal, pending sentencing hearing currently scheduled for July 29, 2005 at 1:00 p.m.

**DONE and ORDERED** this the 10th day of May, 2005.

/s/ Callie V. S. Granade
CHIEF U.S. DISTRICT JUDGE